**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NANCY NOURIEL, et al.,** | ] |
| | ] |
| **Plaintiffs,** | ] |
| | ] |
| v. | ]   Civil Action No.: 06-1736 (CKK) |
| | ]   Next Event: |
| **ELI LILLY AND COMPANY,** | ] |
| | ] |
| **Defendant.** | ] |

<u>**NOTICE OF APPEARANCE**</u>

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Steven J. Lewis of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs NANCY NOURIEL and MICHAEL NOURIEL in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

/s/ Steven J. Lewis
STEVEN J. LEWIS, #472564
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046