IN THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY NOURIEL and MICHAEL NOURIEL,

    Plaintiffs

    v.

ELI LILLY AND COMPANY, et al.,

    Defendants.

CIVIL ACTION No. 06-CA-01736 (CKK)

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of James J. Dillon of FOLEY HOAG LLP as counsel for defendant Eli Lilly and Company in the above-captioned matter.

Respectfully submitted,

FOLEY HOAG LLP

/s/ James J. Dillon
James J. Dillon  (DC Bar #485593)
Foley Hoag LLP
155 Seaport Boulevard
World Trade Center West
Boston, MA 02210-2600
(617) 832-1000

Dated: October 27, 2006

B3273766.1