## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NANCY NOURIEL, et al.,** | ] | |
| | ] | |
| **Plaintiffs,** | ] | |
| | ] | |
| v. | ] | **Civil Action No.: 06-1736 (CKK)** |
| | ] | **Next Event: Initial Scheduling Conference** |
| **ELI LILLY AND COMPANY,** | ] | **on November 17, 2006 at 11:30 a.m.** |
| | ] | |
| **Defendant.** | ] | |

### STIPULATION TO DISPENSE WITH 26(a)(1) INITIAL DISCLOSURES

The parties, through counsel, hereby agree and stipulate to dispense with the exchange of

Initial Disclosures pursuant to Fed.R.Civ.P. 26(a)(1).


Respectfully submitted,

AARON M. LEVINE & ASSOCIATES                FOLEY HOAG LLP


/s/ Aaron M. Levine                                   /s/ Lawrence H. Martin (by permission-rm)
AARON M. LEVINE, #7864                      LAWRENCE H. MARTIN, #476639
1320 19th Street, N.W.                            1875 K Street, N.W.
Suite 500                                                Suite 800
Washington, DC 20036                           Washington, DC   20006
202/833-8040                                         202-223-1200

Counsel for Plaintiffs                              and

                                                          James J. Dillon, Esq.
                                                          FOLEY HOAG  LLP
                                                          155 Seaport Boulevard
                                                          Boston, MA 02210-2600
                                                          617/832-1000

                                                          Counsel for Defendant Eli Lilly and Company

Dated: October 30, 2006