UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY NOURIEL, and
MICHAEL NOURIEL,

        Plaintiffs,

        v.

ELI LILLY AND COMPANY,

        Defendant.

CIVIL ACTION No. 06-CV-01736 (CKK)

Next Event: 2/15/07 (Written Discovery Due)

### ELI LILLY AND COMPANY'S CONSENT MOTION
### TO TRANSFER ACTION TO THE DISTRICT OF MASSACHUSETTS

Defendant Eli Lilly and Company ("Lilly"), **with Plaintiffs' consent**, hereby moves pursuant to 28 U.S.C. § 1404(a), that this Court transfer this action to the United States District Court for the District of Massachusetts in Boston, Massachusetts, and as grounds therefore states:

1. This is a product liability/personal injury case for injuries sustained by Plaintiffs Nancy and Michael Nouriel, including, but not limited to, uterine abnormalities and loss of consortium as a result of Ms. Nouriel's embryonic exposure to diethylstilbestrol ("DES").

2. Plaintiffs are residents and citizens of the Commonwealth of Massachusetts, and received all of their medical treatment for DES injuries in the Boston area. Their family members and treating doctors likewise reside in Massachusetts and/or are subject to the subpoena power of the District of Massachusetts.

3. This case was originally filed in the Superior Court of the District of Columbia on September 21, 2006 and subsequently removed by Lilly to this Court on October 12, 2006. To date, no discovery has taken place in this action.

B3284175.2

4.  28 U.S.C. § 1404(a) provides that:

> For the convenience of the parties and witnesses, in the interest of justice, a District Court may transfer any civil action to any other district or division where it might have been brought.

5.  The interests of justice would best be served by having this action transferred to the United States District Court for the District of Massachusetts where discovery and trial would be more convenient for witnesses and less costly for the parties.

6.  This cause has no contacts with the District of Columbia, other than that Lilly conducts significant business here.

7.  Counsel for Plaintiffs consent to the granting of this Motion.

WHEREFORE, Lilly respectfully requests that this Court, in accordance with 28 U.S.C. § 1404(a), enter an Order transferring this matter to the United States District Court for the District of Massachusetts.

Respectfully submitted

ELI LILLY AND COMPANY,

By its attorneys,

/s/ James J. Dillon
James J. Dillon, D.C. Bar No. 485593
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110-2600
(617) 832-1000

Dated: November 22, 2006

## LOCAL RULE 7.1(m) CERTIFICATION

  Pursuant to Local Rule 7.1(m), Defendant Eli Lilly and Company certifies that, through its counsel, it conferred with Plaintiff's counsel who consented to the relief requested in this motion on behalf of Plaintiff.

                 /s/ James J. Dillon
                 James J. Dillon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY NOURIEL, and<br>MICHAEL NOURIEL,<br><br>            Plaintiffs,<br><br>      v.<br><br>ELI LILLY AND COMPANY,<br><br>            Defendant. | CIVIL ACTION No. 06-CV-01736 (CKK)<br><br>Next Event: 2/15/07 (Written Discovery Due) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant Eli Lilly and Company's Consent Motion to Transfer pursuant to 28 U.S.C. § 1404(a) and any Oppositions or Replies filed hereto, it is this _____ day of _____, 2006,

ORDERED that Defendant's Motion is hereby granted; and it is

FURTHER ORDERED that the case be transferred to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. § 1404(a).

                                                                _____
                                                                Hon. Colleen Kollar-Kotelly
                                                                United States District Court Judge

B3284209.1