UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY NOURIEL, and
MICHAEL NOURIEL,

        Plaintiffs,

v.

ELI LILLY AND COMPANY,

        Defendant.

CIVIL ACTION No. 06-CV-01736 (CKK)

Next Event: 2/15/07 (Written Discovery Due)

## ORDER

UPON CONSIDERATION of Defendant Eli Lilly and Company's Consent Motion to Transfer pursuant to 28 U.S.C. § 1404(a) and any Oppositions or Replies filed hereto, it is this 27th day of Nov., 2006,

ORDERED that Defendant's Motion is hereby granted; and it is

FURTHER ORDERED that the case be transferred to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. § 1404(a).

                                    _____
                                    Hon. Colleen Kollar-Kotelly
                                    United States District Court Judge

B3284209.1